In the Matter of the Petition of PATRICK W. CULLINAN, as State Commissioner of Excise, Respondent, for the Revocation of Liquor Tax Certificate No. 10,239.

PANAGIOTI NICOLYA et al., Appellants.

*Matter of Cullinan (Nicolya)*, 104 App. Div. 205, affirmed.
(Argued April 18, 1906; decided May 8, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1905, which affirmed an order of Special Term revoking and canceling a liquor tax certificate.

*James A. Allen* for appellants.

*Herbert H. Kellogg* and *Albert O. Briggs* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J